**PILLSBURY WINTHROP SHAW PITTMAN LLP**

COLIN T. KEMP (SBN 215408)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Phone: 415.983.1000
Fax: 415.983.1200
Email: colin.kemp@pillsburylaw.com

BRYAN P. COLLINS (*pro hac vice* application to be filed)
1650 Tysons Boulevard, Suite 1400
McLean, VA 22102-4856
Phone: 703.770.7900
Fax: 703.770.7901
Email: bryan.collins@pillsburylaw.com

MATTHEW R. STEPHENS (SBN 288223)
501 West Broadway, Suite 1100
San Diego, CA 92101-3575
Phone: 619.234.5000
Fax: 619.236.1995
Email: matthew.stephens@pillsburylaw.com

Attorneys for Plaintiff Victaulic Company

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTAULIC COMPANY, a New Jersey Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED RUBBER & GASKET CO., INC. d/b/a ARGCO, a California Corporation; TAIZHOU REALFLEX PIPETEC CO., LTD., a Peoples' Republic of China Corporation,<br><br>Defendants. | Case No. 3:17-CV-01006-BEN-JLB<br><br>PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT ON DEFENDANT TAIZHOU REALFLEX PIPETEC CO., LTD.<br><br>Judge:    Hon. Roger T. Benitez<br>Ctrm:    5A |

4813-7749-0760.v1

TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that as counsel may be heard, in Courtroom 5A of the above entitled court located at 221 West Broadway, San Diego, California 92101, that Plaintiff Victaulic Company ("Victaulic" or "Plaintiff") will and hereby does move this Court for an extension of time under CivLR 4.1(a) to serve the summons and complaint in this action on Defendant Taizhou RealFlex Pipetec Co., Ltd. ("RealFlex" or "Defendant"). This Motion is based on this Notice of Motion and the concurrently-filed Memorandum of Points and Authorities, the papers and records filed herein, oral argument and any all other materials as may be submitted to the Court on or before the time of its decision on this matter.

Dated: August 14, 2017

                                  PILLSBURY WINTHROP SHAW PITTMAN LLP

                                  By: */s/ Matthew R. Stephens*
                                      Matthew R. Stephens
                                      Attorneys for Plaintiff
                                      VICTAULIC COMPANY

4813-7749-0760.v1